UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOUR BLUFF INVESTMENT, INC.; dba CANDLEWOOD SUITES, | § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:19-CV-147 |
| MT. HAWLEY INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## **ORDER**

Upon further review, the Court finds that the Notice of Removal is not deficient for failure to attach all executed process in the case. The Court VACATES the Order (D.E. 3) of May 29, 2019 as entered in error.

ORDERED this 30th day of May, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE